| 1. Person Reporting (last name, first, middle initial)<br><br>Baker, Kristine G. | 2. Court or Organization<br><br>Eastern District of Arkansas | 3. Date of Report<br><br>08/24/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address |
|---|
| United States District Court - Eastern District of Arkansas<br>500 West Capitol Avenue, Room D444<br>Little Rock, Arkansas 72201 |

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Quattlebaum, Grooms, Tull & Burrow PLLC ("QGTB") |
| 2. | Member | Arbor Enterprises, LLC |
| 3. | Member | Wasserliebend, LLC |
| 4. | Board Member | Presbyterian Village, Inc. |
| 5. | Board Member | Arkansas Bar Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/19/2004 | Equity partners of QGTB; governs agreed amount to be paid to a departing partner; resigned as partner 5/21/2012 |
| 2. | 2012 | QGTB PLLC 401(k) Plan; plan participants in firm-sponsored 401(k) plan; self-directed account with investments disclosed on Part VII |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 5/21/2012 | QGTB Ordinary business income | $135,134.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2012 | MWSGW Ordinary business income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase #1 | Credit card | J |
| 2. | Chase #2 | Credit card | J |
| 3. | Am. Express | Credit card | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Brokerage Acct. #1: | | | | | | | | | |
| 2.   Am. Funds Int'l Growth & Income Fund | A | Dividend | L | T | Buy (add'l) | 12/26/12 | J | | |
| 3.   Am. Funds Europac. Fund | A | Dividend | K | T | Buy (add'l) | 12/28/12 | J | | |
| 4.   Am. Funds Growth Fund of Am. | A | Dividend | K | T | Buy (add'l) | 08/08/12 | J | | |
| 5.   | | | | | Buy (add'l) | 10/15/12 | J | | |
| 6.   | | | | | Buy (add'l) | 11/12/12 | J | | |
| 7.   | | | | | Buy (add'l) | 12/10/12 | J | | |
| 8.   | | | | | Buy (add'l) | 12/21/12 | J | | |
| 9.   Am. Funds New World Fund | B | Dividend | M | T | Buy (add'l) | 12/28/12 | J | | |
| 10.  Am. Funds Smallcap Wrld. Fund | A | Dividend | K | T | Buy (add'l) | 12/28/12 | J | | |
| 11.  Am. Funds Washington Mut. Fund | B | Dividend | L | T | Buy (add'l) | 9/25/12 | J | | |
| 12.  | | | | | Buy (add'l) | 12/26/12 | J | | |
| 13.  Am. Funds Global Balanced Fund | B | Dividend | L | T | Buy (add'l) | 4/13/12 | K | | |
| 14.  | | | | | Buy (add'l) | 6/11/12 | K | | |
| 15.  | | | | | Buy (add'l) | 7/10/12 | J | | |
| 16.  | | | | | Buy (add'l) | 10/1/12 | J | | |
| 17.  | | | | | Buy (add'l) | 12/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Brokerage Acct. #2: | | | | | | | | | |
| 19.  Am. Funds Int'l. Growth & Income Fund | A | Dividend | K | T | Buy (add'l) | 1/12/12 | J | | |
| 20. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 21. | | | | | Buy (add'l) | 3/16/12 | J | | |
| 22. | | | | | Buy (add'l) | 3/20/12 | J | | |
| 23. | | | | | Buy (add'l) | 4/13/12 | J | | |
| 24. | | | | | Buy (add'l) | 5/11/12 | J | | |
| 25. | | | | | Buy (add'l) | 6/14/12 | J | | |
| 26. | | | | | Buy (add'l) | 9/13/12 | J | | |
| 27. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 28.  Am. Funds Europac. Fund | B | Dividend | L | T | Buy (add'l) | 12/28/12 | J | | |
| 29.  Am. Funds Growth Fund of Am. | A | Dividend | L | T | Buy (add'l) | 6/4/12 | J | | |
| 30. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 31.  Am. Funds Smallcap Wrld. Fund | A | Dividend | K | T | Buy (add'l) | 1/12/12 | J | | |
| 32. | | | | | Buy (add'l) | 2/13/12 | J | | |
| 33. | | | | | Buy (add'l) | 3/16/12 | J | | |
| 34. | | | | | Buy (add'l) | 4/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 5/11/12 | J | | |
| 36. | | | | | Buy (add'l) | 6/4/12 | J | | |
| 37. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 38. Am. Funds Washington Mut. Fund | B | Dividend | L | T | Buy (add'l) | 3/27/12 | J | | |
| 39. | | | | | Buy (add'l) | 6/19/12 | J | | |
| 40. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 41. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 42. Brokerage Acct. #3: | | | | | | | | | |
| 43. Fed Ex Corp | | None | | | Sold | 8/7/12 | J | A | |
| 44. Am. Funds Fundamental Investors Fund | A | Dividend | K | T | Buy (add'l) | 12/21/12 | J | | |
| 45. Am. Funds Growth Fund of Am. | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | |
| 46. Am. Funds Int'l. Growth & Income Fund | A | Dividend | J | T | Buy (add'l) | 12/24/12 | J | | |
| 47. Invesco Constellation Fund | | None | K | T | | | | | |
| 48. Am. Funds Europac. Fund | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | |
| 49. Brokerage Acct. #4: | | | | | | | | | |
| 50. Am. Funds Int'l. Growth & Income Fund | A | Dividend | J | T | Buy (add'l) | 3/20/12 | J | | |
| 51. | | | | | Buy (add'l) | 6/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 9/13/12 | J | | |
| 53. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 54. Am. Funds Europac. Fund | A | Dividend | J | T | Buy (add'l) | 12/28/12 | J | | |
| 55. Am. Funds Fundamental Investors Fund | A | Dividend | J | T | Buy (add'l) | 3/20/12 | J | | |
| 56. | | | | | Buy (add'l) | 6/15/12 | J | | |
| 57. | | | | | Buy (add'l) | 9/14/12 | J | | |
| 58. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 59. Am. Funds Growth Fund of Am. | A | Dividend | J | T | Buy (add'l) | 12/21/12 | J | | |
| 60. Am. Funds Global Balanced Fund | A | Dividend | J | T | Buy (add'l) | 4/2/12 | J | | |
| 61. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 62. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 63. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 64. Brokerage Acct. #5: | | | | | | | | | |
| 65. Am. Funds Global Balanced Fund | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |
| 66. Am. Funds Europac. Fund | A | Dividend | J | T | Buy | 02/07/12 | J | | |
| 67. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 68. Brokerage Acct. #6: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Am. Funds Global Balanced Fund | A | Dividend | J | T | Buy (add'l) | 12/31/12 | J | | |
| 70. Am. Funds Europac. Fund | A | Dividend | J | T | Buy | 12/28/12 | J | | |
| 71. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 72. Brokerage Acct. #7: | | | | | | | | | |
| 73. Vanguard Age-Based Aggressive Growth | | None | M | T | Buy (add'l) | 5/15/12 | J | | |
| 74. | | | | | Buy (add'l) | 9/13/12 | J | | |
| 75. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 76. Brokerage Acct. #8: | | | | | | | | | |
| 77. Am. Funds Int'l Growth & Income Fund | A | Dividend | | | Sold | 10/4/12 | K | A | |
| 78. Am. Funds Capital World & Income Fund | A | Dividend | | | Sold | 10/4/12 | K | A | |
| 79. Am. Funds Europac. Fund | | None | | | Sold | 10/4/12 | J | A | |
| 80. Am. Funds Growth Fund of America | | None | | | Sold | 10/4/12 | J | A | |
| 81. Am. Funds New World Fund | | None | | | Sold | 10/4/12 | J | A | |
| 82. Am. Funds Smallcap World Fund | | None | | | Sold | 10/4/12 | J | A | |
| 83. Am. Funds Washington Mutual Fund | A | Dividend | | | Sold | 10/4/12 | J | A | |
| 84. Am. Funds Global Balanced Fund | A | Dividend | | | Sold | 10/4/12 | J | A | |
| 85. American Funds 2024 Fund | A | Dividend | M | T | Buy | 10/4/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Brokerage Acct. #9: | | | | | | | | | |
| 87. Vanguard Age-Based Aggressive Growth | | None | M | T | Buy (add'l) | 5/15/12 | J | | |
| 88. | | | | | Buy (add'l) | 9/13/12 | J | | |
| 89. | | | | | Buy (add'l) | 11/21/12 | J | | |
| 90. Brokerage Acct. #10: | | | | | | | | | |
| 91. Am. Funds Growth Fund of Am. | | None | | | Buy (add'l) | 5/10/12 | J | | |
| 92. | | | | | Buy (add'l) | 9/12/12 | J | | |
| 93. | | | | | Sold | 10/8/12 | K | A | |
| 94. Am. Funds New World Fund | | None | | | Buy (add'l) | 5/10/12 | J | | |
| 95. | | | | | Buy (add'l) | 9/12/12 | J | | |
| 96. | | | | | Sold | 10/8/12 | K | A | |
| 97. Am. Funds Capital World Growth & Income | A | Dividend | | | Buy (add'l) | 5/10/12 | J | | |
| 98. | | | | | Buy (add'l) | 9/12/12 | J | | |
| 99. | | | | | Sold | 10/8/12 | K | A | |
| 100. American Funds 2024 Fund | A | Dividend | L | T | Buy | 10/8/12 | L | | |
| 101. Centennial Bank (ckg. acct.) | A | Interest | L | T | | | | | |
| 102. Delta Trust & Bank (ckg. acct.) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Iberia Bank (svgs. acct.) | A | Interest | J | T | | | | | |
| 104. Membership interest in Arbor Enterprises, LLC: | | | | | | | | | |
| 105. Delta Bank & Trust | A | Interest | L | T | | | | | |
| 106. American Funds Int'l. Growth & Income Fund** | A | Dividend | K | T | Buy (add'l) | 3/20/12 | J | | |
| 107. | | | | | Buy (add'l) | 6/14/12 | J | | |
| 108. | | | | | Buy (add'l) | 9/13/12 | J | | |
| 109. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 110. American Funds Capital World Fund** | A | Dividend | K | T | Buy (add'l) | 3/20/12 | J | | |
| 111. | | | | | Buy (add'l) | 6/19/12 | J | | |
| 112. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 113. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 114. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 115. American Funds Europacific Fund** | A | Dividend | K | T | Buy | 2/14/12 | J | | |
| 116. | | | | | Buy | 12/18/12 | J | | |
| 117. | | | | | Buy | 12/28/12 | J | | |
| 118. American Funds Growth Fund of Am.** | A | Dividend | K | T | Buy (add'l) | 11/12/12 | J | | |
| 119. | | | | | Buy (add'l) | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Funds New World Fund** | A | Dividend | K | T | Buy (add'l) | 12/28/12 | J | | |
| 121. American Funds Smallcap World Fund** | A | Dividend | K | T | Buy (add'l) | 12/28/12 | J | | |
| 122. American Funds Washington Mutual Fund** | A | Dividend | K | T | Buy (add'l) | 3/27/12 | J | | |
| 123. | | | | | Buy (add'l) | 6/19/12 | J | | |
| 124. | | | | | Buy (add'l) | 9/25/12 | J | | |
| 125. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 126. Munder Growth Opportunities Fund** | | None | | | Sold | 12/17/12 | J | | |
| 127. Windstream Corp.* | A | Dividend | | | Sold | 8/2/12 | J | | |
| 128. American Funds Fundamental Investors Fund* | A | Dividend | K | T | Buy (add'l) | 11/9/12 | J | | |
| 129. American Funds Growth Fund of Am.* | A | Dividend | L | T | Buy (add'l) | 11/9/12 | J | | |
| 130. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 131. American Beacon Stephens Mid Cap Growth Fund* | A | Dividend | K | T | Buy (add'l) | 12/31/12 | J | | |
| 132. American Beacon Stephens Small Cap Growth Fund* | B | Dividend | K | T | Buy (add'l) | 12/31/12 | J | | |
| 133. American Funds Europacific Fund* | A | Dividend | J | T | Buy | 2/13/12 | J | | |
| 134. | | | | | Buy (add'l) | 11/9/12 | J | | |
| 135. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 136. Membership interest in Wasserliebend, LLC: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Developed parcel | | None | M | W | | | | | |
| 138. Undeveloped parcel | | None | J | W | | | | | |
| 139. Undeveloped parcel | | None | J | W | | | | | |
| 140. Undeveloped parcel | | None | J | W | Buy | 3/23/12 | J | | James and Carol Stewart |
| 141. Simmons First National Bank (ckg. acct.) | | None | J | T | | | | | |
| 142. Membership interest in Quattlebaum, Grooms, Tull & Burrow | A | Interest | | | Sold | 5/21/12 | M | | QGTB |
| 143. Membership interest in Mitchell Williams | A | Int./Div. | L | U | | | | | |
| 144. New York Life: whole life policy 1 | | None | K | T | | | | | |
| 145. New York Life: whole life policy 2 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Kristine G. | 08/24/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Upon review of the instructions, I have determined I may be required to report the specific assets at Lines 105-135 and 137-141.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Kristine G. Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544